IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **RODNEY L. ALLS,** ) | | |
|     Petitioner, ) | Civil Action No. 7:14cv00316 | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| **COMMONWEALTH OF VIRGINIA,** ) | By: Michael F. Urbanski | |
|     Respondent. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Alls' 28 U.S.C. § 2254 petition is **DISMISSED without prejudice** and this action shall be **STRICKEN** from the active docket of the court.

Further, finding that Alls' has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

Entered: October 20, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge